UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 10-30039-MAP |
| | ) | |
| | ) | **VIOLATION** |
| v. | ) | |
| | ) | 18 U.S.C. §§ 1001(a)(1) and 2- |
| | ) | Concealing A Material Fact In A Matter |
| STANLEY BARRINGER, | ) | Within The Jurisdiction Of The Executive |
| | ) | Branch Of The Government Of The United |
| Defendant. | ) | States |
| | ) | (Count One) |

FILED
2010 NOV -8 A 11: 1
U.S. DISTRICT COURT
DISTRICT OF MASS.

## INFORMATION

The United States Attorney charges that:

Parties, Persons And Entities

At all times relevant to this Information:

1. Westover Air Reserve Base was located on land in the Massachusetts towns of Chicopee, Ludlow, and Granby.

2. Local 3707 of the American Federation of Government Employees ("Local 3707") was a labor organization representing civilian federal employees at Westover Air Reserve Base.

3. Local 3707 had its principal offices at Westover Air Reserve Base, where it conducted its representational, administrative and financial duties.

4. Local 3707 qualified as a "labor organization" under the Civil Service Reform Act of 1978 (the "CSRA"). Local 3707 was subject to the provisions of the CSRA and was required to file with the U.S. Department of Labor a Labor Organization Annual Report (Form LM-3), which listed the organization's assets, liabilities, receipts, disbursements, and payments to officers and

employees.

5. From in or about January 2002 until in or about June 2005, the defendant STANLEY BARRINGER served as the Vice President and acting Treasurer of Local 3707. From in or about June 2005 through in or about February 2007, the defendant STANLEY BARRINGER continued to informally perform the duties of Treasurer. In performing the duties of Treasurer, the defendant Stanley Barringer was responsible for receiving all monies and dues paid to Local 3707, paying Local 3707's expenses, maintaining records of all financial transactions, and preparing Local 3707's Forms LM-3 for submission to the U.S. Department of Labor.

6. From in or about January 2002 through in or about February 2007, Local 3707 maintained a general purpose checking account at BankNorth, N.A.

7. From in or about January 2002 through in or about February 2007, the defendant STANLEY BARRINGER, for his own personal use and without authorization from Local 3707, issued and cashed numerous checks payable to himself, totaling approximately $22,180.00 of Local 3707's funds at BankNorth, N.A.

8. Between on or about March 13, 2003 and on or about July 2, 2007, in order to conceal his misappropriation of Local 3707's funds, the defendant STANLEY BARRINGER knowingly prepared and caused to be submitted to the U.S. Department of Labor five Forms LM-3 for Local 3707 that contained materially incorrect financial information, respectively, for the years 2002, 2003, 2004, 2005, and 2006.

**COUNT ONE:** Concealing A Material Fact In A Matter Within The Jurisdiction Of The Executive Branch Of The Government Of The United States
(18 U.S.C. §§ 1001(a)(1) and 2)

The United States Attorney further charges that:

9. The allegations contained in paragraphs 1 through 8 are realleged and incorporated herein.

10. Between on or about March 13, 2003 and on or about July 2, 2007, in the District of Massachusetts and elsewhere,

**STANLEY BARRINGER,**

defendant herein, in a matter within the jurisdiction of the United States Department of Labor, did knowingly and willfully falsify, conceal, and cover up by a trick, scheme, and device a material fact, namely, the defendant STANLEY BARRINGER prepared, signed, and caused to be submitted to the United States Department of Labor five Forms LM-3 for Local 3707 that concealed his misappropriation of Local 3707's assets by containing materially incorrect financial information for the years 2002 to 2006.

All in violation of Title 18 United States Code, Sections 1001(a)(1) and 2.

CARMEN M. ORTIZ
United States Attorney

By: _____
STEVEN H. BRESLOW
Assistant U.S. Attorney

Dated: November 2, 2010